FILED

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0632

_____

IN RE THE MARRIAGE OF:

DAVID RODMAN ASH,

      Petitioner and Appellant,

      v.

BREE ELLIOT (f/k/a BRENDA MARIE ASH),

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Danni Coffman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2024